IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DIGNA E. LOPEZ | § | CASE NO. 05-46038 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR(S) | § | |

### NOTICE OF CHANGE IN CREDITOR MATRIX

The attached creditor matrix is being filed to change the original matrix for the following reason:

_____Adding Creditor(s)

_____Deleting Creditor(s)

\_\_\_X\_\_\_Creditor Address Change(s)

### CERTIFICATION OF RE-SERVICE

I hereby certify that on November 28, 2005, I served the attached notice returned for improper address to the creditor(s) herein.

DATED:  November 28, 2005

> Respectfully submitted,
> BARRON & BARRON, L.L.P.
> P. O. BOX 1347
> NEDERLAND, TEXAS 77627
> (409) 727-0073
>
> BY:\_\_/s/ Robert E. Barron\_\_\_\_
>    ROBERT E. BARRON
>    TBA NO. 01820800
>    ATTORNEY FOR DEBTORS

McKinney Center
c/o NCO Financial
500 N. Central Expwy, Ste 300
Plano, TX 75074


Anchor Credit
2005 B Kentucky Street
McKinney, TX  75069